WILLIAM NIGHTINGALE, Respondent, *v.* J. H. & C. K. EAGLE, INCORPORATED, Appellant.

*Nightingale* v. *J. H. & C. K. Eagle, Inc.*, 141 App. Div. 386, reversed.
(Argued May 24, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services alleged to have been rendered.

*Morgan J. O'Brien* and *William P. Niebrugge* for appellant.

*John C. Tomlinson* and *Millard F. Tompkins* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of INGRAHAM, P. J., below.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: VANN, J.